MURDOCK, Judge,
dissenting.
I respectfully dissent. See Vester J. Thompson, Jr., Inc. v. Citmoco Services, Inc., 371 So.2d 35, 39 (Ala.Civ.App.1977) (quoting Southern R.R. v. Birmingham Rail & Locomotive Co., 210 Ala. 540, 541, 98 So. 727, 728 (1924)), rev’d on other grounds, 371 So.2d 42 (Ala.1978). See also Interstate Investment Corp. v. Rose Care, Inc., 631 So.2d 836, 839 (Ala.1993); Fraley v. Brown, 460 So.2d 1267, 1269 (Ala.1984); and J.I.T. Servs., Inc. v. Temic Telefunken-RF Eng’g LLC, 903 So.2d 852 (Ala.Civ.App.2004).